# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

CHRISTINA PAYLAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-304
_____

January 17, 2024

Appeal from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Christina Paylan, pro se.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

SLEET, C.J., and BLACK and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.